IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DAWN DAVINA DELAND,

        Plaintiff,                       No. 3:10-cv-744-HU

      v.

MICHAEL J. ASTRUE, Commissioner       ORDER
of Social Security,

        Defendant.

HERNANDEZ, District Judge:

      Magistrate Judge Hubel issued a Findings and Recommendation (#30) on January 12, 2010, in which he recommends that this Court affirm the Commissioner' decision to deny plaintiff Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI).

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v.

1 - ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Hubel's Findings and Recommendation (#30). Accordingly, the Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this   16th   day of   February  , 2012.

                     /s/ Marco A. Hernandez
                     MARCO HERNANDEZ
                     United States District Judge